## O. C. HANSON & SONS v. CHARLES L. BEAULIEU AND OTHERS.

## M. R. MITTON AND ANOTHER, APPELLANTS.[1]

January 21, 1921.

No. 22,119.

**Law of the case.**

Where the facts and the evidence on the second trial are the same as on the first trial, the decision in the first appeal is the law of the case. [Reporter.]

After the former appeal reported in 145 Minn. 119, 176 N. W. 178, the case was tried before Flaherty, J., who made findings and ordered judgment in favor of plaintiffs. From the judgment entered pursuant to the order for judgment, defendants Mitton appealed. Affirmed.

*Charles E. Houston*, for appellants.
*Murphy & Anderson* and *James B. Ormond*, for respondents.

PER CURIAM.

This cause was before the court on a former appeal. 145 Minn. 119, 176

[1] Reported in 181 N. W. 321.

N. W. 178. Reference may be had to the opinion there rendered for a statement of the facts involved in the action and the legal rights of the parties arising therefrom. On the remand of the cause there was a trial of the action and the evidence and facts then presented are the same in all substantial respects as presented in the former record. The decision rendered on the other appeal therefore constitutes the law of the case and must be followed and applied. Orr v. Sutton, 127 Minn. 37, 148 N. W. 1066; Street v. Chicago, M. & St. P. Ry. Co. 130 Minn. 246, 247, 153 N. W. 518; 1 Dunnell, Minn. Dig. and 1916 Supp. 398. note 30. The record presents no reversible error, and the judgment appealed from will be and is in all things affirmed.